In the Matter of the Estate of HERMAN M. BRALOFF, Deceased. HERBERT S. GREENBERG et al., as Executors of HERMAN M. BRALOFF, Deceased, Appellants; MORRIS BRALOFF, as Coexecutor, Respondent.

Submitted April 18, 1955; decided June 2, 1955.

*Monroe J. Cahn* for motion.

*Harold M. Sichel* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that the issues are moot.